■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CYRIL FOUNTAIN, Appellant.— Judgment of the County Court, Nassau County, ren-

dered June 5, 1967, affirmed (Code Crim. Pro. § 542; *People* v. *Phillips,* 27 A D 2d 981; *People* v. *Bothuell,* 26 A D 2d 585). Beldock, P. J., Christ, Hopkins, Munder and Martuscello, JJ., concur.